# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Western Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 3:07−cr−50058
　　　　　　　　　　　　　　　　　　　　Honorable Philip G. Reinhard

Charles O Eubanks, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2007:

     MINUTE entry before Judge P. Michael Mahoney as to Mullins: Due to the court's schedule, the Detention Hearing is reset for 11/30/2007 at 03:00 PM. Mailed notice (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.