# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 4 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Martel Mullins | | |

**DOCKET ENTRY TEXT:**

Case called for status hearing. Defendant's counsel is not present in court. Status hearing continued to May 22, 2008 at 9:00 a.m.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | JT |
|---|---|---|