UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 07 CR 50058-4 |
| | ) | Judge Philip G. Reinhard |
| | ) | |
| MARTEL D. MULLINS | ) | |

**DEFENDANT MARTEL D. MULLINS FACTUAL CORRECTIONS TO THE PSR AND HIS REQUEST TO BE SENTENCED AT THE LOW END OF HIS ADVISORY GUIDELINE RANGE**

NOW COMES the Defendant, Martel D. Mullins, by his attorney, Daniel A. Mengeling, and presents his factual corrections to the PSR and his request to be sentenced at the low end of his advisory guideline range as follows:

**I.
FACTUAL CORRECTIONS TO THE PSR**

1.      Part of Line 5, Line 6 through Line 14 and Lines 21 through 56:

Mr. Mullins was only charged in Counts One, Two and Three of the Indictment and plead guilty to Counts Two and Three.  Lines 184 through 210, comprising the section *Offense Behavior Not Part of Relevant Conduct,* set forth Mr. Mullins involvement in the uncharged  offenses charged in Counts Ten, Eleven, Twelve and Thirteen.

As a result Mr Mullins respectfully requests that the Court strike that portion of Line 5 that states he was charged in Counts 6, 12, 13, 14, and  also respectfully requests that the Court strike the factual matter set forth in Lines 6 through 14 as to Count I, the factual matter set forth in Lines 21 through 39 as to Counts Four through Nine and the factual matter set forth in Lines 50 through 56 as to Counts Fourteen and Fifteen as surplusage and not applicable to Mr. Mullins.

Page 1 of 4

2.      Part of Line 72;

In Line 72 the author of the PSR references "stipulated conduct". The Plea Agreement

contained no "stipulated conduct". Mr. Mullins respectfully requests the Court strike the phrase

" ... and to the stipulated conduct."

3.      Part of Line 336:

Mr. Mullins does not believe he was not arrested on July 29th, 2007 for Aggravated Battery.

Mr. Mullins states he was arrested on September 4th, 2007 for Aggravated Battery.

## II.
## PSR  GUIDELINE CALCULATIONS

4.      Mr. Mullins agrees with the author of the PSR that his properly calculated

effective guideline range is 111 to 117 months.

## III.
## REQUEST FOR SENTENCE AT THE LOW END OF GUIDELINE RANGE PURSUANT TO THE PARSIMONY PROVISION OF 3553(A)

5.      In order to determine the particular sentence to impose, the court must consider

the statutory factors listed in §3553(a)(1)-(7). One of those factors is the advisory range set by the

Sentencing Guidelines, and another is the Commission's policy statements. Although the

Sentencing Guidelines are advisory only, as a matter of administration and to secure nationwide

consistency, the Guidelines should be the starting point and the initial benchmark. Gall v. United

States, 128 S.Ct. 586, 596

6.      The "parsimony" provision of §3553(a) is the "overarching provision" of

§3553(a), Kimbrough v. United States, 128 S.Ct. 558, 570. The "parsimony provision" requires the

Court to impose the least severe sanction necessary to achieve (1) just punishment (2) deterrence (3)

protection of the public and (4) rehabilitation of the defendant. [See §3553(a)(2)]

7.    Mr. Mullins respectfully asserts that a minimum guideline sentence of 27 months on Count Two, when combined with a mandatory minimum 84 month consecutive sentence on Count Three, is sufficient under the facts of this case to comply with the dictates of §3553(a) for the following reasons:

(a)    Mr. Mullins has accepted responsibility for the offenses he has committed and is remorseful and contrite [See Mr. Mullins written statement to the Court attached as Exhibit 1A]

(b)    Mr. Mullins is only 20 years old and has never served a prison or county jail sentence of any kind.

(c)    Mr. Mullins has no prior felony convictions (Mr. Mullins, at the time of his arrest was serving 2 years of 1410 Probation).

(d)    Mr. Mullins has only 3 criminal history points, two of which are for committing the instant offense while on 1410 probation.

(e)    The offense of conviction and the two additional robberies committed by the Defendant were all committed over a 30 day period with no intervening arrest.

8.    That a sentence 111 months (9 years and 3 months) is a substantial sentence considering Mr. Mullins criminal history and background. Such a sentence will severely punish Mr. Mullins for his crimes, promote respect for the law, deter others from committing similar crimes, give protection to the public and provide Mr. Mullins with an adequate opportunity to obtain vocational and/or educational training while incarcerated.

## IV.
## ATTACHMENTS

Mr. Mullins attaches hereto and makes a part hereof letters of support from family and frineds as Exhibits 1A through 1E.

Daniel A. Mengeling, attorney for
Martel D. Mullins

Law Offices of Daniel A. Mengeling
2030 N. Seminary Ave.
Woodstock, IL 60098
815-338-6906

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 07 CR 50058-4 |
| | ) | Judge Philip G. Reinhard |
| | ) | |
| MARTEL D. MULLINS | ) | |

| INDEX OF ATTACHMENTS | | |
|---|---|---|
| # | ATTACHMENT | EXHBIT |
| 1 | LETTER FROM MR. MARTEL D. MULLINS | 1A |
| 2 | LETTER FROM MS. LINDA A. FULTZ (MOTHER) | 1B |
| 3 | LETTER FROM MS. DESTINY S. STRONG (SISTER) | 1C |
| 4 | LETTER FROM MS. DAVITA MCWILLIAMS (AUNT) | 1D |
| 5 | LETTER FROM MS. VERONNACA LEE (FRIEND) | 1E |

EXHIBIT 1

# MR. MARTEL D. MULLINS

## EXHIBIT 1A

First and Foremost I would like to apologize to my family who I am sure I have let down and disapointed, To my children especially for being a bad example and for having to miss a big part of their lives due to the consequences of my actions. I would also like to express my apologies to the victims of the offenses I commited and for any losses or disruption I caused to the Establishment. I cant make any excuses for my behavior because whatever the case may be my behavior and criminal conduct is unnaceptable. I have made bad decisions and showed bad judegement and I am sincerely remorseful to everyone in society who has been infected. Also I would like to apologize to the court and its officials and I ask for the mercy of the the honorable Judge Rheinhardt to allow me back into my family's lives in a Timely Manner that this Court so desires.

--(ORIGINAL ATTACHED)--

First and Foremost I would like to apologize to my family who I am sure I have let down and disappointed. To my children especially for being a bad example and for having to miss a big part of their lives due to the consequences of my actions. I would also like to express my apologies to the victims of the offenses I committed and for any losses or disruption I caused to the Establishment. I can't make any excuses for my behavior because whatever the case may be my behavior and criminal conduct is unacceptable. I have made bad decisions and showed bad judgement and everyone in society who has been affected. and I am sincerely remorseful. Also I would like to apologize to the court and all it's officials and ask for the mercy of the the honorable Judge Rheinhardt to allow me back into my family's lives in a Timely Manner that this court so desires.

# MS. LINDA A. FULTZ (MOTHER)

### EXHIBIT 1B

July 26, 2008

Linda A Fultz
1519 Rock Street
Rockford, IL 61101

Atten: Ron Jacobs
Re: Martel D. Mullins

      I am the proud mother of the above young man. Even though he has made some decisions that as a mom I am not proud of I am proud and grateful for him. He has fathered 5 beautiful children that adore him and are expecting him to come home a mature and responsible father.

      Martel's father and I have both tried to instill values and respect in his life. Even after our divorce in his early years we both attempted to make healthy choices in the best of his interest. Martel spent 4 years from the time he was ten years old til he was a freshman in high school with his father and step-mom. After his maternal grandfather passed in 2004 he decided he wanted to re-unite with myself and his 3 siblings. We agreed that he would come home and be the "man" of the house. Unfortunately Martel's definition of a true man has been distorted.

      Martel has always had leadership abilities, however he doesn't always remember that and can become involved in following people he believe to have his best interest. I can see in my son's soul that he sees the "BIG" picture now. Martel does have a wonderfull support system. His dad, mom, step-dad, siblings, ministers, family and friends. We expect great things from Martel and hopefully he will get a chance to allow his life to be a testimony for himself and other young men.

Sincerely,

Linda A Fultz

# MS. DESTINY S. STRONG (SISTER)

## EXHIBIT 1C

Who knows more about Martel Mullins than the person who grew up along side him?  I am Martel's older sister and I can attest to the fact that Martel was not born into a situation that laid out a bright future for him.  Martel and I grew up in a home with absentee fathers.  Neither one of our fathers played a consistent role in our life.  Martel's father had a substance and alcohol addiction as well as a violent temper.  Aside from our biological fathers, the men that our mother did expose us to were not positive role models either.  Most of those men were drug addicts, unemployed, or had violent tempers as well.  So in other words when it came to looking to a man for guidance and to be a positive role model, my brother did not have that.

Now I know the argument can be made that plenty of men come from households where a single parent household where the father is not present.  However, those individuals may have a greater advantage than my brother and I had because even though our fathers were not present, our mother still was not emotionally present.  Growing up with a mother as a drug addict meant that everyone and everything was more important than her kids.  Drugs or men consumed more of our mothers time than we did.  So my brother and I had to learn things about life on our own, through our own experiences.

Martel has always struggled with trying to make the best out of his upbringing and change his life.  He has made several attempts to finish his education and to try to be a positive role model for his own children.  There is a saying "when you know better you do better".  If Martel had of known what a positive man looked like or the types of behaviors a productive member of society emulated than he would have seen other alternatives to his decisions.  However, if you don't have that guidance and are not presented with other options than you can only lean to your own understanding of what you should do.  Now I know another question can be raised, "If Martel and I came from the same background why am I not in the same situation he is?".  I honestly think the answer had to do with the fact that I was born first.  I mean that because I was the oldest I was forced to grow up before my time and to be a strong for my brother.  I had no choice but to not let my environment consume me in order to be the support that my brother needed at the time.  However, I was not his father and I was not his mother.  I was only his sister, and although I was there for him I couldn't provide to him the values, knowledge, and guidance that only a parent can.  I am not trying to make excuses for my brother, but I am trying to emphasize the fact that his childhood did not make it easier for him to choose the best decisions.

# MS. DAVITA MCWILLIAMS (AUNT)

## EXHIBIT 1D

August 17, 2008

## Letter of Character Reference

I am writing this letter on behalf of Mr. Martel Mullins. I have known  Mr. Mullins all of his life. He is a young man full of potential, dreams and goals. He is a father who cares about his children most importantly. Who, when given the opportunity is hard working, productive and loving involved parent. Like any young person they make mistakes. But with supportive family, friends, and community there is a great possibility to overcome any challenge.

Sincerely,

Ms. Davita McWilliams

# MS. VERONNACA LEE (FRIEND)

## EXHIBIT 1E

mr. Dan MENGELING this is A
Character letter regarding martel
mullins.

I have Visited martel mullins
1 to 2 times per week myself
and our 2 Children since his
incarceration, and I myself have
seen a Tremendous Change in
mr.mullins.

martel is not only my bayfriend
But my fiance And I fee
like this is a turning Point in
both of our lives including our
Children because this situation effects
them both in numerous ways.
This setback for martel has shown
him who his true friends are and
what he will have to do to better
him self in the future.
martel has a lot of family &
friends wishing him the best
and wanting him to come home