UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 07 CR 50058-4 |
| | ) | Judge Philip G. Reinhard |
| | ) | |
| MARTEL D. MULLINS | ) | |

## NOTICE OF FILING

TO: Mr. Michael F. Iasparro
Assistant United States Attorney
308 W. State Street - Suite 300
Rockford, IL 61101

You are hereby notified that on the 21th day of August, 2008, I filed with the Clerk of the United States District Court, Northern District of Illinois, Western Division in Rockford, IL., *Defendant Martel D. Mullins' Factual Corrections to the PSR and Request To Be Sentenced At The Low End of The Advisory Guideline Range*, a copy of which will be provided to you by the U.S. District Court Case Management System (CM/ECF) as a result of the concurrent electronic filing of the referenced document(s).

/s/ Daniel A. Mengeling
Daniel A. Mengeling, Attorney for Defendant,
James T. King

## CERTIFICATE OF SERVICE

I, Daniel A. Mengeling, an attorney, hereby certify that I served the attached NOTICE OF FILING and any document(s) referenced therein by filing the NOTICE OF FILING and any document(s) referenced therein electronically with the Clerk of the United States District Court, Northern District of Illinois, Western Division's Official Court Electronic Document Filing System (CM/ECF )

/s/ Daniel A. Mengeling
Daniel A. Mengeling, Attorney for Defendant,
James T. King