# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 4 | **DATE** | 8/28/2008 |
| **CASE TITLE** | USA vs. Martel Mullins | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Enter Judgment in a Criminal Case.

*[signature]*

Docketing to mail notices.

00:45

**FILED**

SEP 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JT |
|---|---|---|